**PAUL J. FISHMAN**
United States Attorney
**DAVID E. DAUENHEIMER**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-645-2925
Fax: 973-297-2010
email: david.dauenheimer2@usdoj.gov

RECEIVED

MAR - 1 2016

AT 8:30_____M
WILLIAM T. WALSH, CLERK

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SLOWIK,<br><br>*Plaintiffs,*<br><br>v.<br><br>OLYMPUS AMERICA, INC., et al.,<br>*Defendants.* | HONORABLE JOSE L. LINARES<br><br>Civil Action No.: **10-5994 (JLL)**<br><br>**FILED IN CAMERA AND UNDER SEAL** |

**UNITED STATES NOTICE OF ELECTION TO INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action for settlement purposes.

The parties have reached a settlement of the claims in the action. Pursuant to the terms and conditions of the settlement agreement a stipulation of dismissal will be filed following the payment of the settlement amount and entry of a deferred prosecution agreement filed this date.

In accordance with this Court's prior order of February 8, 2016, the filing of this notice also results in this matter being administratively reopened; the Corrected Second Amended Complaint, the Government's Notice of Election, and this Order being unsealed; all other papers or Orders on file in this matter remaining under seal; and the seal being lifted on all pleadings filed in this action after the filing of this Notice of Election.

Dated: March, 1, 2016
    Newark, New Jersey

                        Respectfully submitted,

                        BENJAMIN C. MIZER
                        Principal Deputy Assistant Attorney General

                        PAUL J. FISHMAN
                        United States Attorney

By:         */s/ David E. Dauenheimer*
                        DAVID E. DAUENHEIMER
                        Assistant U.S. Attorney

                        MICHAEL D. GRANSTON
                        JAMIE A. YAVELBERG
                        DAVID T. COHEN
                        Attorneys, Department of Justice
                        P.O. Box 261, Ben Franklin Station
                        Washington, DC 20044
                        Telephone: (202) 307-0136
                        Facsimile:  (202) 514-0280